Certificate Number: 17572-MIE-DE-033251379

Bankruptcy Case Number: 19-50451


17572-MIE-DE-033251379

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>August 14, 2019</u>, at <u>7:10</u> o'clock <u>AM PDT</u>, <u>Jeffrey T Molesky</u> completed a course on personal financial management given <u>by internet</u> by <u>Dollar Learning Foundation, Inc.</u>, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the <u>Eastern District of Michigan</u>.

Date: <u>August 14, 2019</u>         By: <u>/s/Kristina Milicevic</u>

                                    Name: <u>Kristina Milicevic</u>

                                    Title: <u>Counselor</u>